FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

AUG 3 0 2005

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

CV 405-159

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EARL W. BROWN,

    Plaintiff,

v.

JOHN E. POTTER,

    Defendant.

CIVIL ACTION NO.

1:05-CV-00723-MHS

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"). Neither party filed objections to the R&R. After a de novo review of the record, the Court concludes that the R&R is correct. Accordingly, the Court ADOPTS the Magistrate Judge's R&R [#4]; GRANTS defendant's motion to transfer [#2]; and DIRECTS the Clerk to transfer this action to the United States District Court for the Southern District of Georgia.

IT IS SO ORDERED, this ___ day of August, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

ATTEST: A TRUE COPY
CERTIFIED THIS

SEP 0 1 2005

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

AO 72A
(Rev.8/82)

5